
AB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-496 |
| HENRY HAMIDREZ MOHAJERI | : | |

**FILED**
JAN 11 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## O R D E R

AND NOW, this 11th day of January, 2012, upon consideration of the Government's motion to dismiss the original information in the above-captioned case, it is hereby

**ORDERED**

that the motion is granted, and the information for Criminal Number 11-496 is dismissed without prejudice.

BY THE COURT:

_Anita B Brody_
HONORABLE ANITA B. BRODY
*Judge, United States District Court*

xc: Speedy Trial
U.S. Pretrial Services
U.S. Probation

Copies Sent _____ To:

copies mailed 01-11-2012 to:
Henry Hamidrez Mohajeri, Deft.